UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | 13 CR 599 |
| vs. | § § | CR. NO. H-13- |
| 1. SERGIO MOLINA BECERRA<br>   a.k.a. "Spider"<br>2. CARLOS ERNEST ZUNIGA<br>3. DAVID GOMEZ | § § § § § | |

United States District Court
Southern District of Texas
FILED

**INDICTMENT**

SEP 2 3 2013

David J. Bradley, Clerk of Court

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
(Conspiracy to Possess with the Intent to Distribute a Controlled Substance)

From on or about August 2012, through September 2012, in the Southern District of Texas, and elsewhere,

**SERGIO MOLINA BECERRA a.k.a. "Spider,"
CARLOS ERNEST ZUNIGA and
DAVID GOMEZ,**

defendants herein, did unlawfully, knowingly, and intentionally, combine, conspire, confederate, and agree with each other and others, known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance. This violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

1

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B)(ii).

**A TRUE BILL**

Original Signature on File

_____
**FOREPERSON OF THE GRAND JURY**

**KENNETH MAGIDSON**
**UNITED STATES ATTORNEY**
**SOUTHERN DISTRICT OF TEXAS**

By:

_____
SHELLEY J. HICKS
Assistant United States Attorneys
Southern District of Texas